UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Kimberly Melissa Pullen,            )
               Plaintiff,            )
                        )
    v.            )            **JUDGMENT**
                        )
Carolyn W. Colvin,            )            No. 5:13-CV-452-WW
Acting Commissioner of Social Security,            )
               Defendant.            )
                        )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court GRANTS plaintiff's motion for judgment on the pleadings (DE # 29), DENIES defendant's motion for judgment on the pleadings (DE #34) and pursuant to sentence four of 42 U.S.C. § 405(g) remands the matter for further proceedings consistent with the foregoing directives.

**This judgment filed and entered on April 28, 2014, and served on:**

Daniel R. Lauffer  (via CM/ECF Notice of Electronic Filing)
Marc D. Epstein (via CM/ECF Notice of Electronic Filing)


April 28, 2014                                                  /s/ Julie A. Richards,
                                                                 Clerk of Court